FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA    2006 MAR -6 PM 12: 48

STATESBORO DIVISION

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| DAVID LITTLE JOHN, | ) |
| Plaintiff, | ) |
| v. | ) CV 604-099 |
| CAPTAIN DASHER, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' motion for summary judgment is **GRANTED**, this case is **DISMISSED** for Plaintiff's failure to exhaust administrative remedies, an appropriate **FINAL JUDGMENT** shall be **ENTERED** in favor of Defendants, and this case shall be **CLOSED**.

SO ORDERED this 6 day of March, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT